UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SETH A. VILCHUCK,<br><br>Plaintiff,<br><br>v.<br><br>SUMMERS Officer,<br>A. TERRY Officer,<br>C. QUARRIER K-9 Officer,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:24-cv-00141-TWP-DML |

**Order Denying Motion for Counsel**

This matter is before the Court on Plaintiff Seth A. Vilchuck's ("Mr. Vilchuck") Motion for Assistance in Recruiting Counsel (Dkt. 186). The Court held a jury trial in this matter from October 20 thru October 21, 2026, which resulted in a verdict for Defendants and final judgment in their favor. (Dkt. 185). Pursuant to the Court's order recruiting counsel for Vilchuck, recruited counsels' representation terminated when final judgment was entered. (Dkt. 148)[1]. Nothing remains pending in this action. Mr. Vilchuck has filed a post-judgment motion requesting recruitment of counsel, apparently in anticipation of pursuing an appeal in this matter.

The Motion for Assistance in Recruiting Counsel, Dkt. [186] is **DENIED**. If Mr. Vilchuck wishes to appeal final judgment in this case, he must first pursue the appropriate steps to do so, including filing a notice of appeal and resolving the appellate filing fee. And, if Plaintiff seeks recruitment of counsel on appeal, he must direct any such request to the Seventh Circuit Court of Appeals.

---

[1] Specifically, the Order of Recruitment of Counsel Pursuant to Local Rule 87 states: "The Court hereby appoints Mr. Jason Rauch, Mr. Matt Giffin, and Ms. Angela Kelver Hall to represent the plaintiff in the above action pursuant to Local Rule 87. This representation shall continue until final judgment is entered unless otherwise modified by written order." (Dkt. 148).

**IT IS SO ORDERED.**

Date: November 17, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

SETH A. VILCHUCK
149912
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only